UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND GEN-CONNECT, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>US CARBURETION, INC.,<br><br>    Defendant. | Case No. 1:16-cv-12270-GAO |

**DEFENDANT US CARBURETION, INC.'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant US Carburetion, Inc., by and through its undersigned counsel, moves this Court to dismiss Plaintiff's claims for failure to state a claim upon which relief can be granted. The grounds for the motion are set forth in the accompanying memorandum of law, which is filed contemporaneously herewith.

WHEREFORE, Defendant US Carburetion, Inc. respectfully requests that this Court enter an order dismissing Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

**REQUEST FOR ORAL ARGUMENT**

Defendant US Carburetion, Inc. respectfully requests a hearing on this motion, pursuant to L.R. 7.1(d), because oral argument may assist the Court in disposing of the motion.

Date: January 19, 2017

Respectfully submitted,

*/s/ Benjamin P. Lajoie*
Benjamin P. Lajoie, BBO # 693715
blajoie@baileyglasser.com
**BAILEY & GLASSER LLP**
99 High Street, Suite 304
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954

Brian A. Glasser (admitted *pro hac vice*)
bglasser@baileyglasser.com
**BAILEY & GLASSER LLP**
1054 31st Street, NW, Suite 230
Washington, D.C. 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103

Marc R. Weintraub (admitted *pro hac vice*)
mweintraub@baileyglasser.com
**BAILEY & GLASSER LLP**
360 Central Avenue, Suite 1500
St. Petersburg, FL 33701
Telephone: (727) 894-6745
Facsimile: (727) 894-2649

*Attorneys for Defendant US Carburetion, Inc.*

## LOCAL RULE 7.1 CERTIFICATE

I, Benjamin Lajoie, hereby certify pursuant to Local Rule 7.1(a)(2) that Defendant's counsel conferred with Plaintiff's counsel before filing the foregoing motion in an attempt in good faith to resolve or narrow the issue raised in this motion. Plaintiff opposes this motion.

*/s/ Benjamin Lajoie*
Benjamin Lajoie

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19, 2017.

*/s/ Benjamin Lajoie*
Benjamin Lajoie